



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHEET METAL WORKERS' NATIONAL PENSION FUND, et al.,

Plaintiffs,

-against-

VARDARIS TECH, INC. and ELIAS RIZOS,

Defendants.

13-CV-5286 (ARR)(RML)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated August 20, 2014, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Therefore, plaintiff's motion for default judgment, Docket Entry 15, is denied, and the entry of default against defendants Vardaris Tech, Inc., and Elias Rizos, Docket Entry 9, is set aside.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: September 15, 2014
Brooklyn, New York