UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
SHEET METAL WORKERS' NATIONAL PENSION : 13-CV-5286 (ARR) (RML)
FUND; NATIONAL ENERGY MANAGEMENT :
INSTITUTE COMMITTEE FOR THE SHEET METAL :
AND AIR CONDITIONING INDUSTRY; SHEET :
METAL OCCUPATIONAL HEALTH INSTITUTE : ORDER
TRUST; INTERNATIONAL TRAINING INSTITUTE :
FOR THE SHEET METAL AND AIR CONDITIONING :
INDUSTRY; and NATIONAL STABILIZATION :
AGREEMENT OF THE SHEET METAL INDUSTRY :
FUND, :
:
           Plaintiffs, :
:
-against- :
:
VARDARIS TECH, INC., and ELIAS RIZOS, as an :
individual, :
:
           Defendants. :
:
-------------------------------------------------------------------- X

ROSS, United States District Judge:

      The Court has received the Report and Recommendation on the instant case dated August 16, 2016 from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. Accordingly, the Court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

SO ORDERED.

1

/s/(ARR)
_____
Allyne R. Ross
United States District Judge

Dated: September 7, 2016
Brooklyn, New York